UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARLOS MARTINEZ,<br> AKA FERNANDO MEJIA-BARON,<br>Defendant. | CRIMINAL CASE No.07CR0360-L<br><br>ORDER<br>TO EXONERATE THE<br>APPEARANCE BOND FOR THE<br>MATERIAL WITNESS AND<br>DISBURSE THE BOND FUNDS |

GOOD CAUSE APPEARING, IT IS ORDERED that the personal surety bond for $5,000.00 which secured the presence of material witness LILA RODRIGUEZ-VARGAS be exonerated and that $500.00 on deposit with the Registry of the Court for this material witness be disbursed to the surety as follows:

> OTHON RODRIGUEZ HERRERA
> 406 English Avenue
> Monterey, CA 93940
> SSN: xxx-xx-4987

DATED: March 29, 2007

_____
M. James Lorenz
United States District Court Judge